UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 08-616 (SRC) |
| v. | : | Hon. Stanley R. Chesler |
| DENNIS J. OURY and JOSEPH A. FERRIERO | : | <u>ORDER</u> |

This matter having come before the Court on the motion of the United States (Thomas R. Calcagni, Joshua Drew, and Rachael A. Honig, Assistant U.S. Attorneys, appearing), in the presence of defendants Dennis J. Oury (by Gerald Krovatin, Esq.) and Joseph A. Ferriero, Esq. (by Joseph A. Ferriero, Esq.), for an order permitting the filing of an overlength brief; and the Court having considered the motion and the positions of the parties; and for good cause shown,

IT IS on this 1st day of July, 2009,

ORDERED that the motion of the United States is GRANTED; and it is

FURTHER ORDERED that the United States may file an overlength brief in response to defendants' pretrial motions.

HON. STANLEY R. CHESLER
United States District Judge