UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 08-616 (SRC) |
| v. | : | Hon. Stanley R. Chesler |
| DENNIS J. OURY and<br>JOSEPH A. FERRIERO | : | ORDER |

This matter having come before the Court on the omnibus motions of the defendants Dennis J. Oury (by Gerald Krovatin, Esq.) and Joseph A. Ferriero, Esq. (by Joseph A. Hayden, Esq., and James A. Plaisted, Esq.), and the motion for reciprocal discovery of the United States, by Ralph J. Marra, Jr., Acting U.S. Attorney (Thomas R. Calcagni, Joshua Drew, and Rachael A. Honig, Assistant U.S. Attorneys, appearing); the Court having considered the parties' written submissions and heard oral argument on July 13, 2009; and for good cause shown,

IT IS on this 30th day of July, 2009,

HEREBY ORDERED that the defendants' motions to dismiss the Indictment and counts thereof are DENIED; and it is

FURTHER ORDERED that defendant Ferriero's motion to strike surplusage is GRANTED in part and DENIED in part, consistent with the Court's oral ruling on July 13, 2009; and it is

FURTHER ORDERED that defendant Oury's motion to strike surplusage is DENIED; and it is

FURTHER ORDERED that defendant Oury's motion to for discovery related to the grand jury proceedings is DENIED; and it is

FURTHER ORDERED that defendant Ferriero's motion for severance is DENIED; and it is

FURTHER ORDERED that defendant Ferriero's motion for a bill of particulars is GRANTED in part, as to the identification of coconspirators, and the Government shall identify coconspirators by August 15, 2009, and the remainder of defendant Ferriero's motion for a bill of particulars is DENIED; and it is

FURTHER ORDERED that the Government shall provide notice by September 1, 2009, of any evidence it intends to introduce under Federal Rule of Evidence 404(b); and it is

FURTHER ORDERED that the Government shall produce any Jencks material sufficiently in advance of trial to avoid undue delay in the proceedings; and it is

FURTHER ORDERED that the Government's motion for reciprocal discovery is GRANTED, and the defendants shall fully comply with their discovery obligations.

/s/ Stanley R. Chesler
HON. STANLEY R. CHESLER
United States District Judge