**KROVATIN KLINGEMAN LLC**
Gerald Krovatin, Esq. (GK 4908)
744 Broad Street, Suite 1903
Newark, New Jersey 07102
(973) 424-9777

Attorneys for Defendant
 Dennis J. Oury

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Hon. Stanley R. Chesler, U.S.D.J. |
| Plaintiff, | Crim. No.: 08-616 (SRC) |
| vs. | |
| DENNIS J. OURY and JOSEPH A. FERRIERO, | **ORDER** |
| Defendants. | |

**THIS MATTER** having been opened to the Court by Krovatin Klingeman LLC, attorneys for defendant Dennis J. Oury, Gerald Krovatin, Esq. appearing, in the presence of Ralph J. Marra, Jr., Acting U.S. Attorney, Rachael A. Honig, Thomas R. Calcagni and Joshua Drew, Assistant U.S. Attorneys appearing and Walder, Hayden & Brogan, PA, attorneys for defendant Joseph A. Ferriero, Joseph A. Hayden, Jr., Esq. and James A. Plaisted, Esq. appearing and

**IT APPEARING** that a grand jury on July 28, 2009 returned a Superseding Indictment in this matter adding, among other things, additional counts alleging violation of the tax laws by defendant Oury; and

**IT APPEARING** that defendant Oury moved to adjourn the September 15, 2009 trial date in this matter to a date after Election Day on the grounds of (a) his need for additional time to prepare to defend the tax counts set forth in the Superseding Indictment; and (b) prejudicial pretrial publicity generated by the New Jersey gubernatorial campaign election and the recent arrests of, and criminal charges brought against, other defendants in unrelated cases; and

**IT APPEARING** that the government and defendant Ferriero opposed defendant Oury's motion; and

**IT APPEARING** that defendant Ferriero moved for a severance on the grounds of (a) his Speedy Trial right to go to trial on September 15, 2009; and (b) prejudicial joinder, in the event that defendant Oury's motion for an adjournment were denied; and

The Court having considered the briefs and papers submitted, having heard the arguments of counsel, for good cause shown and for the reasons set forth by the Court on the record on August 12, 2009,

IT IS on this 3/ day of August 2009

**ORDERED** that defendant Oury's motion to adjourn the September 15, 2009 trial date be and it hereby is DENIED; and it is further

**ORDERED** that defendant Ferriero's motion for severance on Speedy Trial grounds is DENIED as moot and his motion for severance on grounds of prejudicial joinder is DENIED on the merits.

STANLEY R. CHESLER
United States District Judge

-2-