```
                                  UNITED STATES DISTRICT COURT
                                     DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :   Hon. Stanley R. Chesler
                              :
         v.                   :   Crim. No. 08-616 (SRC)
                              :
DENNIS OURY and               :
JOSEPH FERRIERO               :   O R D E R
```

This matter having come before the Court on the joint application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (by Thomas R. Calcagni, Joshua Drew, and Rachael A. Honig, Assistant U.S. Attorneys), and defendants Dennis Oury (by Gerald Krovatin, Esq.) and Joseph Ferriero (by Joseph A. Hayden, Jr., and James A. Plaisted, Esqs.) for a scheduling order in the above-captioned matter, and the parties having consented to the dates set forth herein,

IT IS THE FINDING OF THIS COURT as follows:

1. Counsel for defendants require an opportunity to file additional pretrial motions addressed to the Superseding Indictment, and the government requires an opportunity to respond to such motions, if any.

2. Counsel for defendant Oury has requested a brief recess between jury selection and the continuation of trial in order to prepare a defense regarding the additional counts in the Superseding Indictment, and the failure to grant such a brief recess would unreasonably deny defendant Oury continuity of counsel and the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

3. Each of the parties has agreed to the aforementioned recess.

WHEREFORE, it is on this 1st day of September, 2009,

ORDERED that defendants shall file any remaining pretrial motions addressed to the Superseding Indictment on or before August 28, 2009; and

IT IS FURTHER ORDERED that the government shall file its response to such motions on or before September 4, 2009; and

IT IS FURTHER ORDERED that argument on the motions shall be heard on September 29, 2009 at 10:00 a.m. ; and

IT IS FURTHER ORDERED that jury selection shall commence on September 15, 2009, at 10:00 a.m., as previously ordered; and

IT IS FURTHER ORDERED that proposed voir dire questions shall be submitted to the Court on or before September 3, 2009; and

IT IS FURTHER ORDERED that, after completion of jury selection, trial shall continue with opening statements on October 1, 2009, and testimony on October 2, 2009; and

IT IS FURTHER ORDERED that requests to charge shall be submitted to the Court by September 28, 2009; and

IT IS FURTHER ORDERED that the period between September 15, 2009, and October 1, 2009, shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE

Consented to as to form and entry:

_____
Gerald Krovatin, Esq.

_____
Joseph A. Hayden, Jr., Esq.

_____
Rachael A. Honig
Assistant U.S. Attorney

Consented to as to form and entry:

_____
Gerald Krovatin, Esq.

_____
Joseph A. Hayden, Jr., Esq.

_____
Rachael A. Honig
Assistant U.S. Attorney