UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA

v.

DENNIS J. OURY and
JOSEPH A. FERRIERO

---

: Crim. No. 08-616 (SRC)
:
: CONSENT ORDER

TO: Rachael A. Honig, Esq.
Joshua Drew, Esq.
Thomas Calcagni, Esq.
Assistant United States Attorney
United States Attorney's Office
970 Broad Street, Suite 700
Newark, New Jersey 07102

**THIS MATTER** having been opened to the Court by Walder, Hayden & Brogan, attorneys for the defendant, Joseph A. Ferriero, (appearing by Joseph A. Hayden, Jr., Esq., and James A. Plaisted, Esq.) and Paul J. Fishman, United States Attorney for the District of New Jersey, (appearing by Assistant United States Attorneys Rachael A. Honig, Esq., Joshua Drew, Esq., and Thomas Calcagni, Esq.) having consented hereto and for good cause shown;

IT IS ON THIS 29 DAY OF Oct, 2009

ORDERED that the Briefs in support of the defendant's post trial motions including motions for a new trial and judgment of acquittal pursuant to Rules 33 and 29 of the

Federal Rules of Criminal Procedure and for such other relief as is appropriate will be filed as follows:

Defendant's Brief by November 20, 2009;

Government's Response by December 4, 2009;

Defendant's Reply Brief by December 11, 2009; and

The argument to be held at a time to be set by the Court.

_____
Hon. Stanley R. Chesler, U.S.D.J.

Consent to the form and entry of this
Order is hereby given.

WALDER, HAYDEN & BROGAN, P.A.
ATTORNEYS FOR DEFENDANT,
JOSEPH A. FERRIERO

BY: _____
JAMES A. PLAISTED, ESQ.

OFFICE OF THE UNITED STATES ATTORNEY
PAUL J. FISHMAN, UNITED STATES ATTORNEY

BY: _____
RACHAEL A. HONIG, AUSA