

U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

---

Rachael A. Honig
Assistant U.S. Attorney

970 Broad Street, Suite 700
Newark, NJ 07102

(973)645-2777

December 16, 2009

**FILED ELECTRONICALLY**

Hon. Stanley R. Chesler
United States District Judge
U.S. Post Office & Courthouse
Federal Square
Newark, New Jersey 07102

   Re: United States v. Dennis J. Oury and Joseph A. Ferriero, Crim. No. 08-616

Dear Judge Chesler:

   This letter responds to Mr. Hayden's letter of December 14, indicating that defendant Ferriero intends to request that any decision on his post-trial motions be postponed until after the U.S. Supreme Court resolves the honest services cases currently pending before it.

   The United States agrees that based on the questions posed at oral argument in two of those three cases (Black v. United States and Weyhrauch v. United States), a continuance in this matter is advisable. It appears possible that the Court will issue a ruling that is dispositive of one or more of the claims in defendant's motions. The United States thus respectfully requests that *all* proceedings in this matter be adjourned (including argument on defendant Ferriero's motions and the sentencing of both defendants), pending resolution of Black, Weyhrauch, and Skilling v. United States, the third of which is now set for argument in March 2010.

   Thank you for your consideration of this letter.

          Respectfully,

          PAUL J. FISHMAN
          United States Attorney

          s/Rachael A. Honig

          By: RACHAEL A. HONIG
          Assistant U.S. Attorney

cc: Joseph A. Hayden, Jr., Esq. (via ECF)
   Gerald Krovatin, Esq. (via ECF)

12/17/09