**KROVATIN KLINGEMAN LLC**
Gerald Krovatin, Esq.
744 Broad Street, Suite 1903
Newark, New Jersey 07102
(973) 424-9777
*Attorneys for Defendant*
 *Dennis J. Oury*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Hon. Stanley R. Chesler, U.S.D.J. |
| Plaintiff, | Crim. No.: 08-616(1) (SRC) |
| vs. | |
| DENNIS J. OURY | **CONSENT ORDER** |
| Defendant. | |

**THIS MATTER** having been opened to the Court by Krovatin Klingeman LLC, attorneys for defendant Dennis J. Oury (Gerald Krovatin, Esq. appearing), with the consent of the United States (AUSA Rachael A. Honig, appearing) and the Court having considered the recommendation of the United States Pretrial Services Agency; and for good cause shown,

IT IS on this 22 day of September 2010

**ORDERED** that defendant Dennis J. Oury be and he is hereby permitted to travel from his home in Naples, Florida to Cozumel, Mexico on November 28, 2010 for vacation, returning to the United States no later than December 2, 2010 provided he gives to the United States Pretrial Services Agency a detailed itinerary in advance of departure; and it is further

**ORDERED** that Pretrial Services shall return defendant Oury's passport to him immediately and defendant Oury shall be permitted to apply to the Department of State to renew his passport and defendant Oury shall return his passport to Pretrial Services no later than 24 hours after he returns from the aforementioned trip; and it is further

**ORDERED** that all other conditions of defendant Oury's pretrial release shall remain in full force and effect.

HON. STANLEY R. CHESLER,
United States District Judge

We hereby consent to
the form and entry of this Order:

Rachael A. Honig
Assistant United States Attorney

Gerald Krovatin, Esq.
Attorneys for Defendant Dennis J. Oury