01/14/2011 18:14 Krovatin Klingeman LLC (FAX)973 424 9779 P.002/004
Fax sent by : 01-14-11 01:24p Pg: 2/3
Case 2:08-cr-00616-SRC Document 134 Filed 01/18/11 Page 1 of 2 PageID: 3592

**KROVATIN KLINGEMAN LLC**
Gerald Krovatin, Esq.
744 Broad Street, Suite 1903
Newark, New Jersey 07102
(973) 424-9777
*Attorneys for Defendant*
 *Dennis J. Oury*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Hon. Stanley R. Chesler, U.S.D.J. |
| Plaintiff, | Crim. No.: 08-616 (SRC) |
| vs. | |
| DENNIS J. OURY and JOSEPH A. FERRIERO, | **CONSENT ORDER** |
| Defendants. | |

**THIS MATTER** having been opened to the Court by Krovatin Klingeman LLC, attorneys for defendant Dennis J. Oury (Gerald Krovatin, Esq. appearing), with the consent of the United States (AUSA James B. Nobile, appearing) and with the approval of the United States Pretrial Services Agency; and for good cause shown,

IT IS on this ___ day of January 2011,

**ORDERED** that defendant Dennis J. Oury be and he is hereby permitted to travel from his home in Naples, Florida on a vacation cruise to Cozumel, Mexico stopping at Grand Cayman, Cayman Islands, Island Of Roatan, Honduras, and Princess Cays, Bahamas from January 15, 2011, returning to the United States no later than January 22, 2011, provided that he gives to the United States Pretrial Services Agency a detailed itinerary in advance of departure; and it is further

**ORDERED** that defendant Oury shall return his passport to the United States Pretrial Services Agency no later than 24 hours after he returns from the aforementioned trip; and it is further

**ORDERED** that all other conditions of defendant Oury's pretrial release shall remain in full force and effect.

HON. STANLEY R. CHESLER,
United States District Judge

We hereby consent to
the form and entry of this Order:

James B. Nobile
Assistant United States Attorney

Gerald Krovatin, Esq.
Attorneys for Defendant Dennis J. Oury